**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANUEL LOPEZ, | ) | NO. CV 11-55-JST(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CHIEF OF POLICE OXNARD, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 26, 2013

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE